JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>Plaintiff<br><br>v.<br><br>LARRY GREEN AUTO CENTER BLYTHE, INC.; GRL PROPERTIES 2005, LLC; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: EDCV 12-00729 VAP (OPx)<br><br>ORDER ON NOTICE OF STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

The court received a Stipulated Dismissal by all the parties in this action. For good cause shown, it is hereby ordered that all Defendants and Plaintiff's Complaint in its entirety are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: Oct 15, 2012

_/s/ Virginia A. Phillips_
Honorable Virginia A. Phillips
United States District Court Judge